# United States District Court

## Southern District of Georgia

Carolyn R. Haines

_____  Case No.   CV 125-143

Plaintiff

v.

Commissioner of Social Security  Appearing on behalf of

Carolyn R. Haines

_____  _____

Defendant  (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of June, 2025.

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   Jennifer L. Dunn

Business Address:   Dunn Law, PLLC

Firm/Business Name

890 Winter Street, Suite 230

Street Address

_____   Waltham   MA   02451

Street Address (con't)   City   State   Zip

_____

Mailing Address (if other than street address)

_____   _____   _____

Address Line 2   City   State   Zip

781-478-7081   MA Bar No. 667726

Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   jdunn@dunnlawfirmpllc.com