IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CAROLYN R. HAINES,                          )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )          CV 125-143
                                            )
FRANK BISIGNANO, Commissioner               )
of Social Security Administration,          )
                                            )
            Defendant.                      )
                                     _____

**O R D E R**
                                     _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion.

Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the final

decision of the Commissioner and **REMANDS** this case to the Commissioner for further

consideration in accordance with the Court's opinion.

SO ORDERED this 29th day of _____, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA